**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 269 EAL 2022
RESPODENT   :
  :
  :
  : Petition for Allowance of Appeal
v.   : from the Order of the Superior Court
  :
  :
GARY DAVIS,   :
  :
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.